UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIRLEIDE SOARES DE FREITAS,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDIO TRUST, et al.,<br><br>Defendants. | Case No. 23-cv-05957-SK<br><br>**ORDER TO SHOW CAUSE** |

On April 15, 2024, Defendant filed a motion to dismiss. Pursuant to Northern District of California Local Rule 7-3(a), Plaintiff's response was due by April 29, 2024. To date, Plaintiff has not filed an opposition brief. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing by no later than May 10, 2024, why the Court should not dismiss her claims for lack of prosecution or grant Defendant's motion as unopposed.

If Plaintiff seeks to file an untimely opposition brief, she must submit a request to do so showing good cause for her failure to comply with the deadline required by the Local Rules and must submit the proposed opposition brief along with the request. If Plaintiff fails to file a response to this Order to Show Cause by May 10, 2024, the Court will grant Defendant's motion to dismiss as unopposed and/or dismiss Plaintiff's claims for failure to prosecute without further notice.

The Court VACATES the hearing on the motion to dismiss currently scheduled on June

/ / /

/ / /

/ / /

/ / /

/ / /

1  17, 2024, and will reset it at a later date, if necessary, along with Defendant's deadline to file a
2  reply.
3      **IT IS SO ORDERED**.
4  Dated: May 2, 2024

_____
SALLIE KIM
United States Magistrate Judge